# PD-1137-16

PD-1137-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/23/2016 2:13:12 PM
Accepted 9/26/2016 3:35:42 PM
ABEL ACOSTA
CLERK

## CASE NO. 09-14-00361-CR

| | | |
|---|---|---|
| **DAN DALE BURCH** | § | **IN THE COURT OF** |
| | § | |
| **v.** | § | **CRIMINAL APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

## MOTION TO EXTEND TIME TO
## FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes DAN DALE BURCH, Appellant in the above styled and numbered cause, and moves for an extension of time of 30 days to file a petition for discretionary review, and for good cause shows the following:

1.     On August 24, 2016, the 9th Court of Appeals affirmed appellant's conviction and reversed appellant's punishment in *Dan Dale Burch v. The State of Texas*, Case Number 09-14-00361-CR, 9th Court of Appeals, Beaumont, Texas. No motion for rehearing or en banc reconsideration was filed in the 9th Court of Appeals. The deadline for filing the petition for discretionary review is September 23, 2016. The deadline for filing a motion to extend time to file a petition for discretionary review is October 10, 2016.

2.     Appellant is requesting additional time to file a petition for discretionary review. Appellant's counsel recently notified Appellant that the 9th Court of Appeals affirmed his conviction and reversed his punishment.

3.      No previous request for the extension of time to file a petition for discretionary review has been filed in this case.

**WHEREFORE, PREMISES CONSIDERED**, Appellant respectfully requests an extension of 30 days to file a petition for discretionary review.

Respectfully submitted,

Law Office of Stephen D. Jackson & Associates
215 Simonton
Conroe, Texas 77301
(936) 756-5744
(936) 756-5842 facsimile

By:_____
Stephen D. Jackson
State Bar No. 00784324
Attorney for Dan Dale Burch

| STATE OF TEXAS | § |
| :--- | :--- |
| | § |
| COUNTY OF MONTGOMERY | § |

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared Paul Morrison, who after being duly sworn stated:

"I am an associate attorney for the attorney of record for the appellant in the above numbered and styled cause. I have read the foregoing Motion to Extend Time to File Petition for Discretionary Review and swear that all of the allegations of fact contained therein are true and correct to the best of my knowledge."

_____
Paul Morrison
Affiant


**SUBSCRIBED AND SWORN TO BEFORE ME** on _____September 23_____, 2016, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas



JERRY RICHARD STANFORD JR
Notary Public
STATE OF TEXAS
My Comm. Exp. August 27, 2019

## CERTIFICATE OF SERVICE

This is to certify that on _23rd_ day of _September_, 2016 a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Montgomery County, by electronic service.

_Stephen D. Jackson_